UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM NORKUNAS, individually,

    Plaintiff,

v.	CASE NO.: 1:11cv63-SPM/GRJ

RUSHMORE OAKS MALL, LLC,
an Illinois Limited Liability Company,,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This case has been dismissed with prejudice pursuant to the Joint Stipulation for Dismissal With Prejudice (doc. 52) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case. The Court reserves jurisdiction to enforce the settlement agreement.

SO ORDERED this 15th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge